[No. 1291-1.   Division One—Panel 2.   December 26, 1972.]

BLUE STREAK ELECTRIC CO., INC., *Appellant*, v. R. L. BRAMA
*et al., Respondents.*
HI-LINE PLUMBING & HEATING, INC., *Appellant*, v. R. L.
BRAMA *et al., Respondents.*

Appeal from a judgment of the Superior Court for King
County, Nos. 726280, 726281, Henry Clay Agnew, J., en-
tered July 16, 1971. *Affirmed* by unpublished opinion per
Swanson, J., concurred in by Farris, A.C.J., and James, J.

[No. 1358-1.   Division One—Panel 1.   December 26, 1972.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS CHARLES
DAVIS, *Appellant.*

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 4993, Daniel T. Kershner, J., entered
December 1, 1971. *Affirmed* by unpublished opinion per
Horowitz, C.J., concurred in by Williams and Callow, JJ.

[No. 1424-1.   Division One—Panel 1.   December 26, 1972.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES BYRON
ROGERS, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 52784, F. A. Walterskirchen, J., entered Janu-
ary 13, 1972. *Affirmed* by unpublished opinion per Horo-
witz, C.J., concurred in by Williams and Callow, JJ.

[No. 1379-1.   Division One—Panel 1.   January 2, 1973.]

PROVISIONERS, INC., *Appellant*, v. THE CITY OF SEATTLE,
*Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 714698, Henry Clay Agnew, J., entered Febru-
ary 5, 1971. *Reversed* by unpublished opinion per Williams,
J., concurred in by Horowitz, C.J., and Callow, J.